In the Matter of STATE OF NEW YORK, Respondent, v C.B., Appellant.

Submitted December 5, 2011; decided February 14, 2012

Reported below, 88 AD3d 599.

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied. Motion for poor person relief dismissed as academic.